### LESSTER v. LAWYERS' SURETY CO. OF NEW YORK. [1]

(City Court of New York, General Term. November 16, 1899.)

COSTS—APPEAL.

    Where two appeals were taken at different times from, and two separate returns were made in, a cause of action, and the remittitur from the court of appeals stated that the appeals and orders of the court below were dismissed, the respondent was entitled to two bills of costs, since the appellate court passed upon two appeals.

Appeal from trial term.

Action by William C. Lesster against the Lawyers' Surety Company of New York. From a judgment by direction of the court, defendant appeals. Affirmed.

Argued before FITZSIMONS, C. J., and McCARTHY and CONLAN, JJ.

Norwood & Dilley, for appellant.

J. Baldwin Hands, for respondent.

PER CURIAM. Appeal by the defendant from a judgment by direction of the court. An examination of the record upon this special appeal satisfies us that, as to the first cause of action, there was nothing for the trial judge to do but to direct a verdict in accordance with the order of the appellate division. As to the second cause of action, there were two appeals taken at different times, and two separate returns were made. The remittitur from the court of appeals contains the following: "That the appeals from the orders of the appellate division of the supreme court herein be, and the same are, dismissed, with costs." It will be seen, therefore, that the court passed upon two appeals, and that the respondent was entitled to two bills of costs.

On the whole case, the direction by the court was right; and the judgment should be affirmed, with costs.

[1] Affirmed on appeal, see 62 N. Y. Supp. 479.